LAMAR B. SEELEY, Appellant, *v.* ANDREW B. HAMMOND, Respondent.

*Seeley* v. *Hammond*, 149 App. Div. 959, affirmed.
(Argued January 28, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial .department, entered April 15, 1912, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover commissions upon the sale of certain stocks and bonds.

*Franklin Pierce* and *John W. Griggs* for appellant.

*Charles F. Brown, Adrian H. Larkin* and *Albert Stickney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Taking no part: MILLER, J.